IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD MOSES COVERT**                                                                 **PLAINTIFF**
**ADC #151511**

V.                              NO. 4:20-cv-1170-BRW-ERE

**D. PAYNE,** *et al.*                                                                  **DEFENDANTS**

## ORDER

I have received a Recommendation (Doc. No. 173) from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Covert's timely objections,[1] as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Defendants' motion for summary judgment (Doc. No. 161) is GRANTED. Mr. Covert's claims are DISMISSED, with prejudice.

The Clerk is directed to close this case.

IT IS SO ORDERED this 14th day of January, 2022.

                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 174. Mr. Covert asserts that he was not in the Step-Down Program, but in restricted housing. This objection does not affect the overall merits of the Recommendation.