# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**HAROLD MOSES COVERT**                                                              **PLAINTIFF**
**ADC #151511**

**V.**                         **NO. 4:20-cv-1170-BRW-ERE**

**D. PAYNE,** *et al.*                                                      **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 14th day of January, 2022.

                                                                   Billy Roy Wilson\
                                                                   UNITED STATES DISTRICT JUDGE